IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 1:08-CR-4 |
| | § | |
| HANK SPARKY THOMPSON | § | |

**REPORT AND RECOMMENDATION RE:**
**DEFENDANT'S COMPETENCY TO STAND TRIAL**

Pursuant to 28 U.S.C. § 636(b) and the Local Rules for the United States District Court for the Eastern District of Texas, this criminal proceeding is before the undersigned United States magistrate judge.

On February 1, 2008, the court ordered a psychiatric exam to determine if defendant was suffering from a mental disease or defect rendering him mentally incompetent to the extent he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.  (Docket No. 14.) Defendant subsequently received an evaluation by Dr. Rodolfo A. Buigas, Ph.D., Forensic Exam Coordinator at the Federal Detention Center in Miami, Florida.  On April 14, 2008, Dr. Buigas returned a copy of his psychiatric report.

The psychiatric report concludes that, in the opinion of Dr. Buigas, defendant is mentally competent to stand trial.  Specifically, Dr. Buigas concludes that defendant does <u>not</u> suffer from a mental disease or defect that renders him presently unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

A competency hearing was conducted on May 12, 2008.  At the hearing, defendant appeared in court with counsel, Bernard J. Shealy, Esq.  The court admitted into evidence the psychiatric report detailing the results and findings, and the government, defendant, and defense counsel indicated no objections to the conclusions in the report.

The undersigned therefore concludes that defendant is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense.  Defendant has a rational and factual understanding of the proceeding against him, and he has sufficient present ability to consult with his attorney with a reasonable degree of rational understanding.  18 U.S.C. § 4241(d); <u>see</u> <u>also</u> <u>Dusky v. United States</u>, 362 U.S. 402, 80 S. Ct. 788, 4 L. Ed. 2d 824 (1960).

## RECOMMENDATION

The court should find defendant competent to stand trial because he understands the proceeding against him and has the ability to assist his attorney under Title 18 U.S.C. § 4241.

## OBJECTIONS

Title 28 U.S.C. § 636 normally gives parties ten (10) days to object to recommendations submitted by magistrate judges.  However, as the parties have agreed that defendant is competent, and this report recommends that defendant be found competent, the court may act on the report and recommendation immediately.

SIGNED this  13  day of May, 2008.

_____
Earl S. Hines
United States Magistrate Judge